IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANE DOE, a sex trafficked individual,<br><br>                 Plaintiff,<br><br>v.<br><br>WYNDHAM HOTELS & RESORTS, INC., BRE/LQ PROPERTIES, LLC, LA QUINTA INN & SUITES, LA QUINTA HOLDINGS INC., LQ MANAGEMENT LLC, RANDY ROES 1-100 (fictitious individuals not yet known) and ABC CORPORATIONS 1-100 (fictitious businesses and corporations not yet known),<br><br>                 Defendants. | Civil Action No.: 2:24-cv-11446-MCA-SDA<br><br>Hon. Madeline Cox Arleo, U.S.D.J.<br>Hon. Stacey D. Adams, U.S.M.J.<br><br>*Document Electronically Filed* |

**JOINT STIPULATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND AND CONSENT ORDER**

Pursuant to Local Rule 6.1, Plaintiff Jane Doe ("Plaintiff") and Defendants Wyndham Hotels & Resorts, Inc., La Quinta Holdings Inc., LQ Management L.L.C., and CPLG Properties, LLC (formerly known as BRE/LQ Properties, L.L.C.) (collectively, the "LQ Defendants"), by and through their respective undersigned counsel, hereby **STIPULATE** and **AGREE** that, upon approval of this Stipulation by the Court:

- The LQ Defendants' time to answer, move, or otherwise respond to Plaintiff's Complaint (ECF No. 1), shall be extended through and including May 11, 2025.

In support of this Stipulation, the parties jointly represent that:

    1. Plaintiff filed her Complaint on December 23, 2024;

2. The LQ Defendants waived service of the Complaint on January 14, 2025, rendering a deadline of February 24, 2025 for them to move, answer, or otherwise respond to the Complaint;

3. On February 19, 2025, pursuant to Local Rule 6.1(b), the Clerk of Court granted the LQ Defendants an extension through and including March 10, 2025;

4. On March 10, 2025, pursuant to Local Rule 6.1(b) and upon joint stipulation of the parties, the Court granted the LQ Defendants an extension through and including April 11, 2025;

5. Plaintiff and the LQ Defendants agree that the extension sought in this Stipulation is acceptable to all parties and will not unduly delay these proceedings.

Dated: March 27, 2025

Respectfully submitted,

| | |
|---|---|
| **SBAITI & COMPANY PLLC** | **DLA PIPER LLP (US)** |
| *s/ Matthew Sicheri* | *s/ David S. Sager* |
| Matthew Sicheri | David S. Sager |
| 100 Mulberry Street | 51 John F. Kennedy Parkway, Suite 120 |
| 3 Gateway Center, Suite 1102 | Short Hills, New Jersey 07078-2704 |
| Newark, NJ 07102 | Tel.: (973) 520-2570 |
| Tel.: (973) 954-2000 | Fax: (973) 215-2604 |
| Fax: (973) 954-9710 | Email: david.sager@us.dlapiper.com |
| Email: matthew.sicheri@sbaitilaw.com | |
| *Attorneys for Plaintiff Jane Doe* | *Attorneys for Defendants Wyndham Hotels & Resorts, Inc., La Quinta Holdings Inc., LQ Management L.L.C., and CPLG Properties, LLC* |

**HON. STACEY D. ADAMS, U.S.M.J.**
**DATED: March, 31, 2025**