

July 14, 2025

**Via ECF**

Honorable Stacey D. Adams, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Building & US Courthouse
50 Walnut Street, Courtroom PO 9
Newark, New Jersey 07101

>        **Re:**    **Jane Doe v. Wyndham Hotels & Resorts Inc., et al.**
>                Case No.: 2:24-CV-11446-MCA-SDA
>                MAT-24062125401

Dear Judge Adams:

As Your Honor may be aware, our office represents the interests of Plaintiff, Jane Doe, in the above-referenced matter. Please accept this correspondence as Plaintiff's adjournment request for the pending initial scheduling conference.

On July 18, 2025 at 9:00 a.m., the parties have a virtual initial scheduling conference before Your Honor to discuss the Joint Discovery Plan, filed on July 2, 2025. Plaintiff respectfully requests an adjournment of the upcoming initial scheduling conference for thirty (30) days, as our client has passed away, and we are working with her next of kin regarding this litigation. Defendants have consented to this adjournment request.

Should Your Honor require any further information regarding this adjournment request, please do not hesitate to contact the undersigned.

>                            Respectfully submitted,
>                            Sbaiti & Company NJ LLC
>
>                            Matthew B. Sicheri

MBS/ao

cc:    David S. Sager, Esq. (*via electronic mail* David.sager@usdlapiper.com)
       Allison M. Vélez Vinci, Esq. (*via electronic mail* Allison.velez@us.dlapiper.com)