UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANE DOE, a Sex Trafficked Individual,<br><br>               Plaintiff,<br><br>     vs.<br><br>WYNDHAM HOTELS & RESORTS INC., BRE/LQ PROPERTIES, LLC, LA QUINTA INN & SUITES, LA QUINTA HOLDINGS INC., LQ MANAGEMENT LLC, TOM ROES 1-100 (fictitious individuals not yet known), and ABC CORPORATIONS 1-100 (fictitious businesses and corporations not yet known),<br><br>            Defendants. | Case No.: 2:24-CV-11446-MCA-SDA<br><br>Civil Action<br><br>Hon. Madeline Cox Arleo, U.S.D.J.<br>Hon. Stacey D. Adams, U.S.M.J.<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

**IT IS HEREBY STIPULATED,** that the above-entitled action having been discussed by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed against all parties, **<u>without prejudice</u>**, pursuant to *Federal Rules of Civil Procedure Rule* 41(a)(1)(A)(ii).

**WHEREAS,** the Plaintiff previously notified the Court of Plaintiff's passing on or about July 14, 2025 (*see* E.C.F. Doc. No. 30) pursuant to *Federal Rules of Civil Procedure Rule* 25, which the Court acknowledged on or about July 15, 2025 in a Text Order (*see* E.C.F. Doc. No. 31); and

**WHEREAS,** the parties involved are aware of the Plaintiff's identity (despite this litigation being commenced under a pseudonym)[1] and aware of Plaintiff's death; and

---

[1] Plaintiff's Counsel is willing to disclose, *in camera*, Plaintiff's identity and cause of death should the Court request and require same.

**WHEREAS**, the Plaintiff-Decedent's next of kin no longer wishes to proceed with this litigation at this time.

**IT IS HEREBY FURTHER STIPULATED,** by and between the attorneys for the parties hereto that facsimile or electronic signatures shall be deemed as originals for the purposes of this stipulation only.

**IT IS HEREBY FURTHER STIPULATED,** that this stipulation may be signed in counterparts.

Dated: September 4, 2025

**DLA PIPER LLP (US)**                                 **SBAITI & COMPANY NJ LLC**
*Attorneys for Defendants*                          *Attorneys for Plaintiff*


By:  */s/ David S. Sager*                           By:  */s/ Matthew B. Sicheri*
_____                          _____
DAVID S. SAGER, ESQ.                           MATTHEW B. SICHERI, ESQ.
51 John F. Kennedy Parkway                     100 Mulberry Street
Suite 120                                      3 Gateway Center, Suite 1102
Short Hills, New Jersey 07078-2704             Newark, New Jersey 07102
T: (973) 520-2570                              T: (973) 954-2000
F: (973) 215-2604                              F: (973) 954-9710
David.sager@us.dlapiper.com                    Matthew.sicheri@sbaitilaw.com